ARTHUR USCHER v.
BERGEN COUNTY SEWER AUTHORITY.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN SASLOW.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID MILLER.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD W. WILLIAMS.

September 19, 1973. Petition for certification denied.

HEDWIG GROOVER v. ASBURY GRAPHITE MILLS, INC.

September 19, 1973. Petition for certification denied.

MAYFLOWER SECURITIES COMPANY, INC. v. BUREAU OF
SECURITIES, DEPARTMENT OF LAW AND PUBLIC
SAFETY.

September 19, 1973. Petition for certification granted.